**Joyce M. WHITNEY v. Harvey L. WHITNEY, No. 104-78**

October 3, 1978. Notice of appeal not being timely filed, appeal dismissed. V.R.A.P. 4, 10(b)(1).

**Linda S. McAuley RICHARDSON, Administratrix of the Estate of Thomas M. McAuley v. CENTRAL VERMONT PUBLIC SERVICE CORPORATION; Harder Silo, Inc.; Side-O-Matic Unloader Corporation; and York Stone & Supply Company v. Joel Gratwick and Fort Edward Express Company, No. 201-78**

October 3, 1978. Motion for Permission to Appeal under V.R.A.P. 5(b)(1) is denied.

**Eleanor RICHARDSON v. William Conway, COMMISSIONER OF VERMONT DEPARTMENT OF MOTOR VEHICLES, No. 51-78**

October 5, 1978. Motion to Supplement Record is granted.

**STATE of Vermont v. Donald S. KNIGHT, No. 242-78**

October 13, 1978.

The above cause came on for hearing at Burlington, Vermont, on October 12, 1978, on the motion of respondent for further amendment of his conditions of release pending appeal, said motions having been filed October 6, 1978.

Respondent was represented by his attorney, Jane Watson Kilpatrick, of the Office of the Public Defender, and the State of Vermont by Norman R. Blais, Chief Deputy State's Attorney for Chittenden County.

Upon consideration of the arguments of counsel and papers presented in connection therewith, it is ORDERED that the motion is DENIED, and that the conditions of release, as heretofore amended, remain in full force and effect.

Done in Chambers at Montpelier in the County of Washington and State of Vermont, this 13th day of October, 1978.

Larrow, J.